**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| POLLAK FOOD DISTRIBUTORS, INC. | : | Case No.: 1:18-cv-02385 |
| Plaintiff, | : | JUDGE CHRISTOPHER A. BOYKO |
| vs. | : | |
| SENOVA HEALTHCARE SUPPORT SERVICES LLC, dba SENOVA GROUP, *et al.* | : | **MOTION FOR VOLUNTARY DISMISSAL** |
| | : | |
| Defendants. | : | |

Now comes Plaintiff, Pollak Food Distributors, Inc., by and through the undersigned counsel, and pursuant to Fed.R.Civ.P 41(a)(2), hereby respectfully moves this Honorable Court to issue an order dismissing the within action without prejudice. The basis for said motion is that Plaintiff no longer wishes to pursue this matter in Federal Court. The Defendant, Senova Healthcare Support Services, LLC has filed an answer but no counterclaim. A proposed order is attached hereto and incorporated herein.

Dated: March 19, 2019               Respectfully submitted,

                                               */s/Jeffrey S. Berenholz*
                                               Jeffrey S. Berenholz, Esq. (#0070214)
                                               Jeffrey S. Berenholz, LLC
                                               3401 Enterprise Parkway, Suite 340
                                               Beachwood, Ohio 44122
                                               Phone: (216) 766-5766
                                               Fax:   (216) 766-5796
                                               Email: jeff@jeffblaw.com
                                               *Attorney for Plaintiff*

IT IS SO ORDERED.

  s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
U.S. DISTRICT JUDGE